**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**KAMEON SUPREME AARON** **PLAINTIFF**
**ADC #129521**

**V.** **NO. 3:26-cv-258-DPM-ERE**

**JACOB WHITE, et al.** **DEFENDANTS**

# ORDER

On October 23, 2026, mail sent to *pro se* plaintiff Kameon Supreme Aaron was returned as undeliverable. *Doc. 7*.

Mr. Aaron has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2).[1] As a result, the Court has no way to communicate with Mr. Aaron about his lawsuit.

IT IS THEREFORE ORDERED THAT:

1. If Mr. Aaron wants to pursue this case, he must notify the Court of his current address within 30 days.

2. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

Dated 26 October 2026.

UNITED STATES MAGISTRATE JUDGE

[1] Local Rule 5.5(c) provides, "[i]It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."